

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2022

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> The parties shall appear for a conference on Monday November 7, 2022, at 1 p.m. in Courtroom 12A.
>
> SO ORDERED.
>
> *Loretta A. Preska*
>
> 11/4/2022

Re:   *United States v. Jung Qing Chen*, 08 Cr. 1002-08 (LAP)

Dear Judge Preska:

As directed at the October 3, 2022 conference, the parties write to provide the Court with a status update on the case. The Probation Department does not intend to add any additional charges to the existing specifications. The parties additionally request that the Court set a date for a change of plea proceeding in this matter, as it is the Government's understanding that the defendant intends to change his plea with respect to the fifth specification. The parties are available all day on November 7, November 8 after 1:00 p.m., and November 11.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448